Order issued October 29, 2012                              004627



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01060-CV

ACI HEALTHCARE STAFFING, LLC, ET AL., Appellants

V.

V-PLATINUM CONSULTING, L.P., ET AL., Appellees

## ORDER

We **GRANT** appellees' October 15, 2012 motion for leave to file a brief.  We **ORDER**

appellees' brief tendered to this Court on October 15, 2012 filed as of the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE